THE PEOPLE OF THE STATE OF NEW YORK, Appellant and Respondent, *v.* ARTHUR REPOLA, Respondent and Appellant.

Argued April 9, 1953; decided May 21, 1953.

*Frank S. Hogan, District Attorney (Jack M. Cotton* and *Richard G. Denzer* of counsel), for appellant-respondent.

*Joseph Lonardo* for respondent-appellant.

Order and judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.